UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| LATOSHA RENAE MCKINNEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:09CV173HEA ) |
| MERS GOODWILL, | ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court its own Motion to Dismiss. On May 19, 2010, the Court entered its Opinion, Memorandum and Order granting Defendant's Motion to Dismiss. Plaintiff was granted 14 days from the date of the Order within which to file an Amended Complaint. Plaintiff has failed to do so.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is dismissed for failure to comply with the Court's Order and file an Amended Complaint.

Dated this 21st day of June, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE